AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  18-8200-DLB |
| DANILO FERNANDEZ II, | ) | |
| aka "Dan", aka "stormsoldier11", | ) | |
| | ) | |

*Defendant(s)*

FILED by _____ D.C.

APR 2 7 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___October 30, 2017 - April 13, 2018___ in the county of _____Palm Beach_____ in the

___Southern___ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Sec. 2251(a) & (e) | Attempted Production of Child Pornography |
| 18 USC Sec. 2252(a)(2)&(b)(1) | Receipt of Child Pornography |
| 18 USC Sec. 2422(b) | Enticement of a Minor to Engage in Sexual Activity |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Charles P. Sloan, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___4 - 27 - 2018___

_____
*Judge's signature*

City and state: _____West Palm Beach, FL_____

Hon. Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF FBI AGENT CHARLES SLOAN

I, Charles Sloan, Special Agent with the Federal Bureau of Investigation (FBI) Miami, Florida, being duly sworn, depose and say:

1.      Your affiant, Special Agent Charles Sloan, has been with the FBI for over ten years. I have been a law enforcement officer for a combined twenty-four years and spent the last seven years assigned to the Safe Streets Task Force (SSTF).   SSTF is a multi-agency task force specializing in the investigation of, amongst other crimes, crimes against children in the Southern District of Florida to include Martin and Palm Beach Counties. I am responsible for the investigation of violations of federal offenses relating to crimes committed against victims who are minors.

2.      This affidavit is submitted in support of a criminal complaint and arrest warrant charging Danilo Fernandez II, a/k/a "Dan," a/k/a "stormsoldier11", for violations of Title 18 U.S.C. §§ 2251(a)&(e) (commonly referred to as attempted production of child pornography), 2252(a)(2)&(b)(1) (commonly referred to as receipt of child pornography), and 2422(b) (commonly referred to as enticement of a minor to engage in sexual activity).

3.      The information contained in this affidavit is based in part on information developed by special agents and Task Force Officers of the FBI, local law enforcements officers, and the minor victim with firsthand knowledge of the events described in this affidavit.   Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of this complaint, it does not contain all of the information known to me and/or other law enforcement officers involved in this investigation.

### PROBABALE CAUSE

4.      On or about 04/11/2018 the Palm Beach County School Police identified a female

1

minor victim, herein after referred to as Victim #1, who stated the following; during the months of October through December 2017, when she was still 17 years of age, she established a relationship with a Staff Sergeant Army Recruiter who was working at the Dwyer High School campus located in Palm Beach Gardens, Florida, within the Southern District of Florida.  She identified the Sergeant as Danilo Fernandez, a/k/a "Dan", a/k/a stormsoldier11, (hereinafter "FERNANDEZ") and stated that they were communicating thru cellular smartphone text messages and an internet app called "snapchat."   FERNANDEZ acquired her contact information, including her Metro PCS cellular phone number upon meeting her at the school.  He proceeded to text her from his work-provided, government issued cellular phone, Verizon phone number, 954-665-3668, during which time she advised him she was in fact 17 years' old.  FERNDANEZ then requested that they move their instant messaging conversation to an application known as Snapchat.[1]  The Army Criminal Investigations Division (CID) has advised your Affiant that FERNANDEZ has both a government issued phone (Verizon 954-665-3668), and a personal cellular phone (AT&T 305-962-7282).[2]

5.      Victim #1 stated that FERNANDEZ communicated with her, in part for the purpose of driving her to the Army recruiting office in Stuart, Florida, which is in Martin County, within the Southern District of Florida.   Victim #1 stated that on the ride back from Stuart to Palm Beach Gardens, that FERNANDEZ had sexual activity with her when she was a minor at the time.

---

[1] Snapchat is one of the most popular applications for sending and receiving 'self-destructing' messages, pictures, and videos. Referred to as 'snaps', the company processes approximately hundreds of millions of them every day on Apple's iOS and Google's Android operating systems. Snapchat users access the application frequently.

[2] It is unknown whether FERNANDEZ used his government issued phone, the phone assigned the 305-962-7282 number, or another phone to Snapchat with Victim #1.  This phone has been listed as a personal number since before any interactions with Victim #1.

6.    On 04/12/2018, detectives from the Martin County Sheriff's Office (MCSO) responded to Dwyer High School to interview Victim #1.   Victim#1 provided consent to access her snapchat account, and her cellular telephone where the text messages with FERNANDEZ were stored.   The MCSO conducted a forensic examination on both the telephone and the snapchat account and has preserved the evidence of the communications between FERNANDEZ and Victim #1.   Victim #1 stated that FERNANDEZ digitally penetrated her vagina against her wishes on the return from their second trip to the recruiting office in Stuart, occurring after the Thanksgiving break on or about the first week of December 2017.   Victim #1 also stated that she had kissed FERNANDEZ at some other time prior to this incident occurring.

7.    On 04/18/2018 your Affiant reviewed the evidence from Victim 1's cellular phone, and observed a contact named "SSG FERNANDEZ" with phone number 954-665-3668.   Victim #1's snapchat account had communications with a person known by vanity name of "Dan."   Your Affiant observed the following text and snapchat messaging that occurred between Victim #1 (V1) and FERNANDEZ (Sub.);

**Text Messaging**

10-30-17

Sub.    6:26pm        "hey whats up (V1), how are you doing?"

.... (other messages in between)

V1    8:04pm        "I probably should have asked who this was sooner, but who is this"

....

Sub.    8:05pm        "This is SSG Fernandez the Army guy"

....

Sub.    9:34pm        "How old are you and where were you born?"

V1    9:34pm        "17 (*DOB redacted for affidavit purposes, but your Affiant has verified thru database checks that the Victim was born in the United States and her date of*

3

*birth is exactly what she told* FERNANDEZ, *which would prove that at the time of all these communications throughout this affidavit that the victim was in fact a minor at 17 years of age)*"

Sub.      9:35pm        "Oh wow you are a shorty"

....

Sub.      10:02pm       "You have snap?"

V1        10:03pm       "I do, but would anything be held against me in terms of the recruitment and seeing if I qualify?"

Sub.      10:03pm       "Whats your name on there?"

Sub.      10:04pm       "You pretty much qualify"

V1        10:06pm       "(*Victim#1 provided her snapchat user name which has been redacted for affidavit purposes*)"

....

Sub.      10:06pm       "There is something we will have to talk about"

V1        10:06pm       "Which is?"

Sub.      10:07pm       "Hence the reason to talk on snap lol or we can talk about it on purpose Person"

V1        10:07pm       "Snap is fine, Im impatient anyways lol"

Sub.      10:08pm       "lol you sound like me Whats your name on there"

V1        10:08pm       "(*Victim #1 provided her vanity name which has been redacted for affidavit purposes*)"

....

V1        10:16pm       "I haven't gotten anything, whats your username I'll add you"

Sub.      10:16pm       "(FERNANDEZ *provided his username which has been redacted for affidavit purposes*)"

V1        10:17pm       "Dan?"

Sub.      10:17pm       "Yeap"

V1        10:19pm       "I messaged you"

**Snapchat messages**

10-30-17

4

Sub.    10:21pm    "Okay No one thing can I trust you with this cause no one has or knows about this and I am not trying to go to jail here"

.... (*Your Affiant witnessed messaging occurring between* FERNANDEZ *and Victim #1 that became more sexually graphic, i.e. sexting, leading up to the transmission of child pornography*)

<u>11-03-17</u>

....

Sub.    7:55pm    "Go down just a lil more baby Suck on that head baby"

V1    7:58pm    "Damn daddy Id suck all over it"

Sub.    7:58pm    "Show me where else you want me to put it at"

V1    8:00pm    (**Child Pornography Video #1** *Victim #1 sends a video of herself to* FERNANDEZ *which depicts her masturbating. Your Affiant was able to look into Victim #1's cellular telephone gallery and found this video, which was created on 11-01-17 at 9:26pm*)

Sub.    8:02pm    "Omg yes baby another just like that but put them fingers deep inside that nice juicy wet pussy show me how you want my dick to be fuck your pussy mamita"

V1    8:04pm    (**Child Pornography Video #2** *Victim #1 sends another video of herself to* FERNANDEZ *which depicts her masturbating.*)

Sub.    8:06pm    "You want me to fall in love with you huh LOL I want that pussy juice in my mouth baby You have anymore or that good pussy juice cumming out Of*"

.....

<u>11-08-17</u>

V1    11:21pm    "wanna see me from the other night?"

Sub.    11:21pm    "Yes can you make him grow some more"

V1    11:22pm    (*Victim #1 sends a nude photo of herself but with pasties covering her breasts. Your Affiant was able to locate this photo in Victim #1's cellular telephone gallery. It had been created on 11-07-17 at 8:13pm*)

Sub.    11:31pm    "I think its working"

V1    11:32pm    (**Child Pornography Video #3** *Victim #1 sends another video of*

*herself to FERNANDEZ which depicts her masturbating.   Your Affiant was able to look into Victim #1's cellular telephone gallery and found this video, which was created on 11-07-17 at 8:31pm)*

Sub.      11:35pm      "I think its working good"

V1        11:36pm      **(Child Pornography Video #4** *Victim #1 sends another video of herself to the defendant which depicts her masturbating.   Your Affiant was able to look into Victim #1's cellular telephone gallery and found this video, which was created on 11-07-17 at 8:32pm)*

V1        11:39pm      **(Child Pornography Video #5** *Victim #1 sends another video of herself to the defendant which depicts her masturbating.   Your Affiant was able to look into Victim #1's cellular telephone gallery and found this video, which was created on 11-07-17 at 8:35pm)*

....

11-18-17

Sub.      12:43pm      "I didn't want to shave This morning"

V1        12:44pm      "Lemme see"

Sub.      12:49pm      *(FERNANDEZ* sends 3 selfie photographs of himself.   Your Affiant looked at the photos and immediately recognized him as FERNANDEZ based upon his Florida Driver's License photograph)

....

11-28-17

Sub.      4:34pm       "I want more of you that small taste wasn't enough for me"

V1        4:36pm       "Youll have more baby"

Sub.      7:02pm       "Everytime i see you baby i just imagine us naked together lol"

....

Sub.      7:03pm       "You don't ever wonder or imagine that at all"

V1        7:03pm       "I mean I imagine us fuckin"

....

11-29-17

Sub.      6:02pm       "I want to do you baby"

V1        6:37pm         "Mee too babe"

....

11-30-17

Sub.       9:47am         "Cant wait until next week"

V1        10:44am        "Me neither baby"

8.      It was then in the week following this conversation that Victim #1 and FERNANDEZ drove to Stuart where, traveling back to Palm Beach County, he digitally penetrated her vagina against her will.   FERNANDEZ maintained snapchat communication with Victim #1, enticing Victim #1 until April 2018.   Snapchat technology is designed, such that when the user takes a photo or video via the application itself and sent through the application, the photo or video will disappear from the sender and receiver's phone within several seconds, completely un-retrievable through the application or a forensic extraction of the device.   During the course of more than five (5) months and hundreds of snapchat messages, it was clear from the messages, that other photos and videos had been produced by Victim #1 at FERNANDEZ' request and sent (or "snapped") to FERNANDEZ.   Victim #1 also recalled that one day, when Snapchat was not working, she and FERNDNADEZ used text messaging to communicate.

9.      On April 23, 2018, Snapchat responded to a subpoena for the accounts of Victim #1 and FERNANDEZ.   Snapchat provided the user name, a display name and phone number if one was inputted by the user, the email address used to create the account, the date the account was created and the login information including date, time, and IP address.   A user's device may remain logged in even if not in use, and thus the IP logs are not usage of the application, but login and logout.   Snapchat provided the following about Victim #1 and FERNANDEZ's accounts:

a.      Victim #1's account was created on January 4, 2015 with a Gmail email address and her phone number, 561-xxx-xxxx (redacted to protect VICTIM #1's identity and

7

matches what she provided to law enforcement).   Victim #1's IP history revealed that she was logged in on November 18, 28, and 30, 2017.

        b.    FERNANDEZ's account was created on September 16, 2016 with an email address of stormsoldier1@gmail.com, but without a phone number.   FERNANDEZ's IP history that he was logged in on October 30, November 3, 8, 18, 28, 29, and 30, 2017.

        10.    On April 24, 2018, Comcast responded to a subpoena for IP addresses 2601:582:8004:5990:112c:86dc:38d4:1c9b assigned on November 3, 2017 at 23:47:22 UTC and 2601:582:8004:5990:f5fl:e7a4:115c:8729 assigned on November 9, 2017 at 03:25:39 UTC, which were the IP addresses and dates/times provided by Snapchat and closest to when videos of child pornography were received by FERNANDEZ.   For those two (2) IP addresses, Comcast advised the subscriber was FERNANDEZ's wife, and the address 4986 Bonsai Circle, Apt. 108, Palm Beach Gardens, FL 33418, phone number 305-962-9984 along with an email address similar to FERNANDEZ wife's name and an account number.   Your Affiant knows this address to be FERNANDEZ home address as discovered through the Florida D.A.V.I.D. system and as provided by the United States Army.    Thus, your Affiant has probable cause to believe that FERNANDEZ was communicating with Victim #1 while he was in his residence with his cellular phone.

        11.    On April 26, 2018, Verizon provided that FERNANDEZ's government issued phone number, 954-665-3668, is presently assigned to an iPhone7, and that FERANDNEZ engaged in text messaging with Victim #1's phone on October 30, 2017 and November 6, 2017.[3]

---

[3] Internet research regarding Snapchat confirms that the application had worldwide outages on November 6, 2017.    Snapchat acknowledged the issue through their Twitter account, https://twitter.com/snapchatsupport/status/927651703532371968?ref_src=twsrc%5Etfw&ref_url =https%3A%2F%2Fwww.usatoday.com%2Fstory%2Ftech%2F2017%2F11%2F06%2Fsnapchat down-you-were-not-alone%2F838142001%2F&tfw_creator=usatoday&tfw_site=usatoday

12.     AT&T provided that the phone number, which the Army has provided as FERNANDEZ's personal number, 305-962-7282 has been assigned to FERNANDEZ wife at their residence, 4986 Bonsai Circle, Apt. 108, Palm Beach Gardens, Florida, 33418 since November 28, 2017 and is an iPhone8.   The Snapchat IP logs provided that since November 29, 2018, AT&T mobile provided Internet connectivly for the Snapchat application.   Other logs, between October 30, 2017 and November 28, 2017, provide that Verizon mobile provided Internet connectivly for the Snapchat application.[4]

## CONCLUSION

13.     The events described above occurred in Palm Beach and Martin Counties, which are in the Southern District of Florida.   Based on the facts submitted above, your Affiant respectfully submits there is probable cause to believe that Danilo Fernandez II, a/k/a "Dan," a/k/a "stormsoldier11," has committed violations of Title 18 U.S.C. §§ 2251(a)&(e) (commonly referred to as attempted production of child pornography), 2252(a)(2)&(b)(1) (commonly referred to as receipt of child pornography), and 2422(b) (commonly referred to as enticement of a minor to engage in sexual activity).   Therefore your Affiant requests that an arrest warrant be issued forthwith.

14.     Your Affiant further requests that the application, warrant, and this affidavit, as it reveals an ongoing investigation, be **SEALED** until further order of the Court in order to avoid premature disclosure of the investigation, guard against flight, and better ensure the safety of

---

[4] At the present time your Affiant has not received the results of the Verizon subpoena requesting subscriber information for phone number 305-962-7282.   However, based upon your Affiant's training and experience, it is believed that FERNANDEZ and/or his wife used the 305-962-7282 number with Verizon service until November 28, 2017, and then ported the number to AT&T service beginning on November 28, 2017.

9

agents and others, except that working copies may be served on Special Agents and other investigative and law enforcement officers of the FBI, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers as necessary to effectuate the Court's Order.

FURTHER YOUR AFFIANT SAYETH NAUGHT

Charles P. Sloan, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this
The **27**ᵗʰ day of April, 2018.

HONORABLE DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

10

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:   DANILO FERNANDEZ II, aka Dan, aka stormsoldier11,**

**Case No:   18-8200-DLB**

Count #: 1

Attempted Production of Child Pornography

Title 18, United States Code, Section 2251(a) and (e)

**\*Max. Penalty:**   30 Years' Imprisonment (15 year minimum mandatory), $250,000 fine, Supervised Release of up to Life, $5000 Special Assessment

Count #: 2

Receipt of Child Pornography

Title 18, United States Code, Section 2252(a)(2)

**\*Max. Penalty:**   20 Years' Imprisonment (5 year minimum mandatory), $250,000 fine, Supervised Release of up to Life, $5000 Special Assessment

Count #: 3

Enticement of a Minor to Engage in Sexual Activity

Title 18, United States Code, Section 2422(b)

**\*Max. Penalty:**   Life Imprisonment (10 year minimum mandatory), $250,000 fine, Supervised Release of up to Life, $5000 Special Assessment

**\*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

No.    18-8200-DLB

UNITED STATES OF AMERICA

vs.

DANILO FERNANDEZ II,
    aka Dan,
    aka stormsoldier11,

       Defendant.

/

```
FILED by _____ D.C.

APR 27 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.
```

## SEALED CRIMINAL COVER SHEET

1.    Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?    _____Yes    __x__ No

2.    Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?    _____ Yes _____x No

Respectfully Submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By:    */s/Gregory Schiller*
    Gregory Schiller
    Assistant United States Attorney
    Florida Bar No. 0648477
    U.S. ATTORNEY'S OFFICE - SDFL
    500 S. Australian Ave., Suite 400
    West Palm Beach, Florida 33487
    (561) 209-6285
    Gregory.Schiller@usdoj.gov